MECHANICS BANK AND TRUST COMPANY, Respondent, *v.*
    WILLIAM D. STRATTON et al., Defendants, and EDMUND
    K. STALLO, Appellant.

*Mechanics Bank & Trust Co.* v. *Stratton*, 162 App. Div. 704,
affirmed.

(Argued March 22, 1917; decided April 24, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered April 27, 1914, affirming a judgment in favor of
plaintiff entered upon the report of a referee in an action
upon eight promissory notes of the aggregate amount of
$20,000, executed October 31, 1907, jointly by the defend-
ants Stratton and Stallo and one Alexander McDonald
in favor of the defendant Robinson and indorsed by
Robinson to the plaintiff. These notes were given in
renewal of an original series of notes of the same amount
which had been discounted for Robinson by the Mechanics
National Bank in Knoxville, Tenn., shortly after they
were made. On August 23, 1907, the plaintiff, the
Mechanics Bank and Trust Company, was organized and
acquired all the assets of the Mechanics National Bank,
including these original notes. The defense was that the
notes in suit were paid by the defendant Stallo to Robin-
son as an officer of the plaintiff bank and that Robinson
had authority to and did receive payment of the notes as
the representative of the plaintiff.

*Nash Rockwood* for appellant.

*Louis F. Doyle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN,
CARDOZO and CRANE, JJ. Not sitting: McLAUGHLIN, J.